# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 51 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
ANTHONY DUANE SMITH, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> is **DENIED**.